1  DENNIS M. PRINCE
Nevada Bar No. 5092
2  KEVIN T. STRONG
Nevada Bar No. 12107
3  ANGELA M. LEE
Nevada Bar No. 14905
4  **PRINCE LAW GROUP**
10801 W. Charleston Blvd., Ste. 560
5  Las Vegas, Nevada 89135
Tel: (702) 534-7600
6  Fax: (702) 534-7601
7  Email: eservice@thedplg.com
-and-
8  JASON R. MAIER
Nevada Bar No. 8557
9  **MAIER GUTIERREZ & ASSOCIATES**
10 8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
11 Tel: (702) 629-7900
Fax: (702) 629-7925
12 Email:  jrm@mgalaw.com
Attorneys for Plaintiff
13 *Joseph Lomaglio*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH LOMAGLIO, an individual, | Case No.:  2:21-cv-00328-KJD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~[PROPOSED ORDER]~~ FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | **(First Request)** |



Page **1** of **3**

**STIPULATION AND [PROPOSED ORDER] FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOSEPH LOMAGLIO, through his attorneys of record, Dennis M. Prince, Kevin T. Strong, and Angela L. Lee of PRINCE LAW GROUP and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys, Robert W. Freeman, Cheryl A. Grames, and Derek R. Noack of LEWIS BRISBOIS BISGAARD & SMITH, LLP, that the deadline for Plaintiff to file his Reply to Defendant State Farm Mutual Automobile Insurance Company's Response to Plaintiff's Motion to Remand (ECF No. 13) shall be continued by seven (7) days from April 16, 2021 to April 23, 2021. Plaintiff's Motion for Remand was filed on March 29, 2021 (ECF No. 9). This is the first request for extension of time to file a reply to this response. This Stipulation and [Proposed Order] is submitted in accordance with LR IA 6-1.

The parties respectfully request this brief extension because counsel for Plaintiff is currently drafting and finalizing extensive court ordered briefing regarding case terminating sanctions for discovery abuses committed by the defendants in a matter pending in the Eighth Judicial District Court, Clark County, Nevada (Balian v. Pump It Up and Inflatable 2000, A-17-761984-C). The other attorneys at Plaintiff's counsel's law firm are also under deadlines to draft and file a mediation brief, various federal court filings, and an appellate court filing, as well as attend a mediation, all due during the week of April 12-16, 2021.

This short extension of time to file Plaintiff's reply will provide him the time necessary to draft his reply to fully address each of the arguments set forth in Defendants' Opposition and to aid this Court in its ultimate decision as to whether this matter should be remanded back to state court.

1  Accordingly, the parties respectfully request this Court to approve the foregoing
2  stipulation.  This requested extension is not made in bad faith or to unnecessarily delay
3  these proceedings.

DATED this 14th day of April, 2021.            DATED this 14th day of April, 2021.

**PRINCE LAW GROUP**                           **LEWIS BRISBOIS BISGAARD
                                                & SMITH, LLP**

/s/ Dennis M. Prince                           /s/ Cheryl A. Grames
_____                          _____
DENNIS M. PRINCE                               ROBERT W. FREEMAN
Nevada Bar No. 5092                            Nevada Bar No. 3062
KEVIN T. STRONG                                CHERYL A. GRAMES
Nevada Bar No. 12107                           Nevada Bar No. 12752
ANGELA M. LEE                                  DEREK R. NOACK
Nevada Bar No. 14905                           Nevada Bar No. 15074
10801 W. Charleston Blvd., Ste. 560            6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89135                        Las Vegas, Nevada 89118
-and-                                          Attorneys for Defendant
JASON R. MAIER                                 *State Farm Mutual Automobile*
Nevada Bar No. 8557                            *Insurance Company*
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Attorneys for Plaintiff
*Joseph Lomaglio*

### ORDER

**IT IS SO ORDERED.**

DATED this 15th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

