ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Email: Frank.Toddre@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| JOSEPH LOMAGLIO, an individual, | CASE NO.: 2:21-cv-00328-KJD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff JOSEPH LOMAGLIO, by and through his attorneys PRINCE LAW GROUP and Defendant STATE FARM MUTUAL INSURANCE COMPANY by and through its attorneys LEWIS BRISBOIS BISGAARD & SMITH, LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-

…

…

…

…

…

136809396.1

entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 27th day of February, 2024.          Dated this 27th day of February, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP            PRINCE LAW GROUP

/s/ Robert W. Freeman
ROBERT W. FREEMAN                              DENNIS M. PRINCE
Nevada Bar No. 3062                            Nevada Bar No. 5092
FRANK A. TODDRE, II                            KEVIN T. STRONG
Nevada Bar No. 11474                           Nevada Bar No. 12107
6385 S. Rainbow Boulevard, Suite 600           ANGELA M. LEE
Las Vegas, Nevada 89118                        Nevada Bar No. 14905
*Attorneys for Defendant State Farm Mutual*    10801 West Charleston Blvd., Suite 560
*Automobile Insurance Company*                 Las Vegas, NV 89135
                                               -and-

                                               JASON R. MAIER
                                               Nevada Bar. No. 8557
                                               MAIER GUTIERREZ & ASSOCIATES
                                               8816 Spanish Ridge Avenue
                                               Las Vegas, NV 89148
                                               -and-

                                               JORDAN P. SCHNITZER
                                               Nevada Bar No. 10744
                                               THE SCHNITZER LAW FIRM
                                               9205 W. Russell Road, Suite 240
                                               Las Vegas, NV 89148
                                               *Attorneys for Plaintiff Joseph Lomaglio*

**ORDER**

IT IS SO ORDERED.

Dated this 28 day of February, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE